AO 91 (Rev. 11/11) Criminal Complaint                                           AUSA Windom_2019R00010

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Paul Hasson<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  GLS-19-63<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____10/14/2016 - 2/5/2019____ in the county of ____Montgomery____ in the
_____ District of ____Maryland____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | possession of firearm and ammunition by unlawful user or addict of any controlled substance |
| 21 U.S.C. § 844 | simple possession of Tramadol, a Schedule IV controlled substance |

This criminal complaint is based on these facts:
See the attached Affidavit of Special Agent Alexandria M. Thoman dated February 14, 2019.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexandria M. Thoman, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/14/19 2:58pm

City and state:         Greenbelt, MD                    Gina L. Simms, U.S. Magistrate Judge
                                                         *Printed name and title*