

FILED / ENTERED
LOGGED / RECEIVED

FEB 1 5 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *
*
v. * CASE NO. GLS-19-63
*
CHRISTOPHER PAUL HASSON, *
*
Defendant *
*

********

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its undersigned attorneys, respectfully moves to unseal the above-captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Thomas P. Windom
Assistant United States Attorney

It is so ORDERED, this 15th day of February 2019.

_____
Hon. Gina L. Simms
United States Magistrate Judge