___ FILED     ___ ENTERED
___ LOGGED    ___ RECEIVED

FEB 21 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : CASE NO. GLS-19-063
:
CHRISTOPHER PAUL HASSON, :
:
Defendant. :
:

...oOo...

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | FEB 2 1 2019 | FEB 2 1 2019 | Photograph of firearms, ammunition, firearms-related items, and tactical gear |
| 2 | FEB 2 1 2019 | FEB 2 1 2019 | Photograph of opened locked box |