IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | \* | |
| vs. | \* | Case No.: GLS 19-MJ-063 |
| CHRISTOPHER PAUL HASSON<br>**Defendant** | \* | |
| | \* | |

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**PLAINTIFF'S/GOVERNMENT'S EXHIBITS**

*[signature: Jennifer Sykes]*

All Plaintiff's/Government's exhibits returned: 02/21/2019

**DEFENDANT'S EXHIBITS**

All Defendant's exhibits returned: 02/21/2019

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
Jenifer Sykes
*[signature: Jennifer Sykes]*

Counsel for Defendant(s):
Julie Stelzig

Date: February 21, 2019